AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

SAP SE, BUSINESS OBJECTS SOFTWARE LTD. t/a SAP SOLUTIONS, and SYBASE, INC.

V.

TRAYPORT LIMITED

CASE NUMBER: 1:25-CV-02075

ASSIGNED JUDGE: Honorable John Robert Blakey

DESIGNATED MAGISTRATE JUDGE: Honorable Jeffrey Cole

TO: (Name and address of Defendant)

Trayport Limited
3rd Floor, 2 Gresham Street
London EC2V 7AD, United Kingdom

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James L. Davis Jr.
Ropes & Gray LLP
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_(signature)_

(By) DEPUTY CLERK

March 5, 2025

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |
| *Check one box below to indicate appropriate method of service* | |

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
            Date                          *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
Northern District of Illinois

| | |
|---|---|
| SAP SE; BUSINESS OBJECTS SOFTWARE LTD. t/a SAP SOLUTIONS, and SYBASE INC., Plaintiffs, v. TRAYPORT LIMITED, Defendant. | Case No.: 1:25-CV-02075 |

**Witness Statement of Service in accordance with sub paragraph (b) of Article 10, Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents In Civil or Commercial Matters**

I, **PAUL COTTEE**, Process Server, acting under the instructions of Across The Pond Process Service, of Moorside, Moor Lane, Menston, LS29 6AS, England, say as follows:

1. In the matters detailed below I was acting as agent for Graham Henry Bridgman ("Mr Bridgman"), a Solicitor of the Senior Courts of England and Wales and thus a competent person within the meaning of article 10(b) of the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("the Convention").

2. Mr Bridgman was in turn acting upon the instructions of Aaron Dean Lukken of Viking Advocates, LLC, of Kansas City, Missouri, USA, an attorney, and thus a competent person of the State of origin within the meaning of article 10(b) of the Convention.

3. In this witness statement I refer to the following documents as "the Service Documents":

   - Hague Service Convention Warning and Hague Service Convention Summary of the Document to be Served ("the Hague Documents");
   - Summons in a Civil Case;
   - Complaint for Patent Infringement with Appendices A-C and Exhibits 1-3;
   - Civil Cover Sheet;
   - Attorney Appearance Form;
   - General Information;

- Plaintiffs' Notice of Claims Involving Patents Pursuant to Local Rule 3.4;
- General Information
- Plaintiffs' Federal Rule of Civil Procedure 7.1 and Local Rule 3.2 Notification of Affiliates;
- Attorney Appearance Form
- General Information

4. Exhibited hereto marked 'A' is a copy of the Hague Documents.

5. On Wednesday the 12th day of March 2025 at 12.05 p.m., I served Trayport Limited, the within named Defendant, with the Service Documents, by delivering them to and leaving them at Trayport Limited's Registered Office at 2 Gresham Street, 3rd Floor, London, EC2V 7AD, England, hereafter "the Service Address", which is a method of service in accordance with English Court rules. Under those rules, the deemed date of service is Friday the 14th day of March 2025.

6. On attending at the Service Address, I met with an adult male on the 3rd Floor, who identified himself as David Waterman, an employee of Trayport Limited. He accepted the documents on behalf of Trayport Limited, confirming that he was authorised to do so.

7. Service has been effected in accordance with a method prescribed by the internal law of England and Wales and also in accordance with Article 10(b) of the Convention.

**ADDITIONAL COMMENTS**

I certify that I am over the age of 18 and not a party to or interested in the above action. I have proper authority in the jurisdiction in which this service was effected.

**STATEMENT OF TRUTH**

I believe that the facts stated in this affirmation of service are true. I understand that proceedings for contempt of court may be brought against anyone who makes, or causes to be made, a false statement in a document verified by a statement of truth without an honest belief in its truth

Dated:     13 March 2025

Signed:    _____
           PAUL COTTEE

# UNITED STATES DISTRICT COURT
Northern District of Illinois

| | |
|---|---|
| SAP SE; BUSINESS OBJECTS SOFTWARE LTD. t/a SAP SOLUTIONS, and SYBASE INC., Plaintiffs, v. TRAYPORT LIMITED, Defendant. | Case No.: 1:25-CV-02075 |

**Exhibit A to the Witness Statement of PAUL COTTEE**

This is the exhibit marked "A" to my witness statement dated today.

Dated:   13 March 2025

Signed:   _____
          PAUL COTTEE

( A⁵

# WARNING
## AVERTISSEMENT

**Identity and address of the addressee** / Identité et adresse du destinataire

**Trayport Limited**
2 Gresham Street, 3rd Floor
London EC2V 7AD

### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

### TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE, SOIT DANS VOTRE PAYS, SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :

Legal Aid Chicago
120 South La Salle Street
Chicago, Illinois 60603, USA
T: +1.312.341.1070

It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis, soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.

N.D. III. 1:25-cv-02075

# SUMMARY OF THE DOCUMENT TO BE SERVED
## ÉLÉMENTS ESSENTIELS DE L'ACTE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).**

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).

| | |
|---|---|
| **Name and address of the requesting authority:**<br>Nom et adresse de l'autorité requérante : | Aaron Lukken, Attorney<br>Viking Advocates, LLC<br>6525 Charlotte Street<br>Kansas City, Missouri 64131, USA<br>E: lukken@vikinglaw.us<br>Tel.: +1.816.683.7900 |
| **Particulars of the parties*:**<br>Identité des parties* : | **Plaintiffs:** SAP SE; Business Objects Software Ltd. t/a SAP Solutions; Sybase, Inc.<br><br>**Defendant:** Trayport Limited |

\* If appropriate, identity and address of the person interested in the transmission of the document
S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

☒ **JUDICIAL DOCUMENT\*\***
ACTE JUDICIAIRE\*\*

| | |
|---|---|
| **Nature and purpose of the document:**<br>Nature et objet de l'acte : | To notify the defendant of a claim against it and to demand its appearance at court. |
| **Nature and purpose of the proceedings and, when appropriate, the amount in dispute:**<br>Nature et objet de l'instance, le cas échéant, le montant du litige : | The plaintiffs accuse the defendant of, *inter alia*, patent infringement. They seek declaratory and injunctive relief, damages, costs, expenses, fees, and interest. |
| **Date and Place for entering appearance\*\*:**<br>Date et lieu de la comparution\*\* : | Within 21 days after service, the addressee must appear and file an answer in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604. |
| **Court which has given judgment\*\*:**<br>Juridiction qui a rendu la décision\*\* : | No court has issued a judgment. |
| **Date of judgment\*\*:**<br>Date de la décision\*\* : | No court has issued a judgment. |
| **Time limits stated in the document\*\*:**<br>Indication des délais figurant dans l'acte\*\* : | 21 days |

\*\* if appropriate / s'il y a lieu

N.D. Ill. 1:25-cv-02075